**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LAMAR ADVERTISING SOUTHWEST, INC.,

       Plaintiff,

v.                            No. CV 21-230 GJF/CG

GRANDVIEW REALTY, LLC, et al.,

       Defendants.

## <u>ORDER SETTING TELEPHONIC STATUS CONFERENCE</u>

       **THIS MATTER** is before the Court after conferring with counsel about a mutually convenient date and time. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Wednesday, October 13, 2021, at 1:30 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

       **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE