IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAMAR ADVERTISING SOUTHWEST, INC.,

    Plaintiff,

v.                                                      No. CV 21-230 GJF/CG

GRANDVIEW REALTY, LLC, et al.,

    Defendants.

### ORDER VACATING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon the parties' *Joint Request to Continue Case Management Conference* (the "Motion"), (Doc. 22), filed October 6, 2021. In the Motion, the parties ask the Court to vacate the Status Conference currently scheduled for October 13, 2021, and to reset it for a date after October 27, 2021—the date on which Defendants' pending *Motion to Dismiss*, (Doc. 5), is scheduled for a hearing. (Doc. 22 at 1). The Court, having considered the Motion and noting it is filed jointly, finds the Motion shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that the Status Conference scheduled for **October 13, 2021, at 1:30 p.m.** is **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report by no later than **November 5, 2021**, updating the Court about (1) the status of discovery, (2) the parties' amenability to participating in a settlement conference, and (3) if the parties are prepared to participate in a settlement conference, proposed dates for such.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE