# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LAMAR ADVERTISING SOUTHWEST, INC.,

    Plaintiff,

v.                                                No. CV 21-230 GJF/CG

GRANDVIEW REALTY, LLC, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC PRE-SETTLEMENT STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a pre-settlement status conference will be held by telephone on **January 6, 2022, at 10:30 a.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE