**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LAMAR ADVERTISING SOUTHWEST, INC.,

    Plaintiff,

v.                                                                                          No. CV 21-230 GJF/CG

GRANDVIEW REALTY, LLC, et al.,

    Defendants.

### ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon the Settlement Conference held on January 13, 2022, at which the case settled. (Doc. 38).

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **March 31, 2022**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE