IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAMAR ADVERTISING SOUTHWEST, INC.,

    Plaintiff,

v.                                                No. CV 21-230 GJF/CG

GRANDVIEW REALTY, LLC, et al.,

    Defendants.

## ORDER EXTENDING DEADLINE FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the parties shall submit closing documents by no later than **May 31, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE