# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LAMAR ADVERTISING SOUTHWEST, INC.,

    Plaintiff,

v.   No. CV 21-230 GJF/CG

GRANDVIEW REALTY, LLC, et al.,

    Defendants.

## ORDER EXTENDING DEADLINE FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon Plaintiff's *Unopposed Motion for Extension of Time to File Closing Documents* (the "Motion"), (Doc. 56), filed July 7, 2022. In the Motion, Plaintiff requests an extension of time from June 30, 2022, to July 20, 2022, for the parties to file closing docs, in order to allow them to resolve an issue related to payment of attorney's fees. (Doc. 56 at 1). The Court, having reviewed the Motion, and noting it is unopposed, finds that the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **July 20, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE